# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA MEDINA,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:19-CV-1543-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 25, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to inform the court regarding submission of service documents to the United States Marshal for service on defendant. A review of the docket reflects that the summons

///
///
///
///
///
///

1

was returned executed on October 16, 2019, and that defendant was served on or about September 8, 2019.  The order to show cause is, therefore, discharged.

        IT IS SO ORDERED.

Dated:  October 30, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE