IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:19-CV-1543-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

        On March 6, 2020, the Court directed plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. See ECF No. 13. A review of the docket reflects that plaintiff filed her dispositive motion on April 5, 2020. See ECF No. 16. Good cause appearing therefor, the order to show cause is hereby discharged.

        IT IS SO ORDERED.

Dated: April 23, 2020

                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE