McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8984
    Facsimile: 415-744-0134
    Email: inseon.jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SERENA MEDINA, | Case No.: 2:19-cv-01543-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

1   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to
2  extend Defendant's time to file his response to Plaintiff's summary judgment motion with the
3  Court by 21 days to **May 27, 2020**, and that all other scheduling dates set forth in the Court's
4  Case Management Order shall be extended accordingly.  This is Defendant's first request for an
5  extension of time in this matter and he requests it in good faith and without any intent to prolong
6  proceedings unduly.

7   In light of the global COVID-19 crisis, SSA is switching to new work processes, and is
8  focusing on providing the most critical services by mail, phone and online to those most in
9  need.  SSA is also taking additional steps to protect its employees and help stop the spread of
10  COVID-19, maximizing social distancing, including significantly limiting employee access to
11  SSA facilities for health and safety only and moving rapidly toward a virtual work
12  environment.  Although the agency is working diligently to provide ongoing services, including
13  legal services, there are practical implications for our litigation workloads.

14   Counsel for Defendant, as well as all the support staff in that office, works in the State of
15  California, where the governor has ordered all residents to stay home, effective March 19, 2020,
16  until further notice.  This order has led to reduced onsite staffing in Offices of the United States
17  Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and
18  relies on that office for certain types of administrative support.  Moreover, the Governor's order
19  and the decision of the Commissioner to implement full-time telework throughout the country
20  has led to unanticipated strains on internet connectivity for SSA employees.

21   The closure of schools and state-wide movement restrictions have also impacted the work
22  schedules of members of the plaintiffs' bar, and caused many plaintiffs' attorneys to receive
23  extensions to original briefing schedules.  As the moving parties in Social Security litigation,
24  plaintiffs' extensions necessarily affect the briefing deadlines for Defendant's
25  counsel.  Defendant's counsel now has an unexpectedly large number of briefs to respond to
26  within the next fourteen days.

27   Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused
28  by this delay.

Stipulation for Extension: 2:19-cv-01543-DMC          2

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Date: <u>May 4, 2020</u> | | JESSE KAPLAN, ATTORNEY AT LAW |
| | By: | <u>/s/ In Seon Jeong for Jesse S. Kaplan </u>*<br>JESSE S. KAPLAN<br>*Authorized by email on May 4, 2020*<br>Attorneys for Plaintiff |
| Date: <u>May 4, 2020</u> | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX |
| | By: | <u>/s/ In Seon Jeong </u><br>IN SEON JEONG<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  May 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE