**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SERENA MEDINA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **SERENA MEDINA** | No.   2:19-cv-01543-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

It is hereby stipulated between the parties by their opposed counsel, the undersigned, that plaintiff may have until July 3, 2020, to file a reply brief in this matter.

This is a first request, based on plaintiff's counsel's hearing and briefing schedule, including having just completed a motion for summary judgment, having three hearings today and tomorrow, and having to prepare a Ninth Circuit brief due several days from today.

Dated:   June 16, 2020                                         /s/    *Jesse S. Kaplan*
                                                                              JESSE S. KAPLAN
                                                                              Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:   June 16, 2020                                  /s/ per e-mail authorization
IN SEON JEONG
Special Assistant U.S. Attorney
Attorney for Defendant

### ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to July 3, 2020.

SO ORDERED.

Dated:  June 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE